UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **SACV 14-960-MWF(JCGx)**                              Dated: **June 11, 2015**

Title:         Lauren Wilcox -v- Bear Baker, Ltd., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | |
|---|---|
| Cheryl Wynn | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on June 10, 2015, the Court sets a hearing for Order To Show Cause Re Default Judgment for **July 20, 2015, at 11:30 a.m.**  *If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.*

**IT IS SO ORDERED.**